UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL J. JUNKER and <br> JEREMY J. SANDLIN, <br>     Plaintiffs <br><br> V. <br><br> DARYL MAHONEY, d/b/a <br> SEA TOW CAPE COD BAY, <br>     Defendant | Civil Action <br><br> No. 04-10297-GAO |

### VOLUNTARY DISMISSAL

NOW COME the Plaintiffs and voluntarily dismiss this matter, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

SCANNED
DATE: 2/19/04
BY: [signature]

Respectfully submitted for the Plaintiffs,
Daniel J. Junker and Jeremy J. Sandlin,
by their attorney,

[signature]

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: 2/17/04